UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DAVID WEISS,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S RETAIL HOLDINGS INC. a/k/a MACY'S INC.<br><br>    Defendant. | Civil No. 1:16-cv-07660(AKH)<br><br>**PLAINTIFF'S NOTICE OF MOTON SEEKING PERMISSION TO FILE A SUR-REPLY** |

Plaintiff David Weiss (Weiss) hereby moves this Court before the Honorable Alvin K. Hellerstein, U.S.D.J., at the United States Courthouse for the Southern District of New York, located at 500 Pearl Street, Courtroom 14D, New York, New York 10007, for an order permitting plaintiff Weiss to submit a sur-reply responding to new issues and facts raised by the defendant in reply submissions filed with the court on December 28, 2016. [Dkt # 20]. The support for this motion is stated in a memorandum, also filed today.

Dated:  December 29, 2016
        New York, New York

                                    Respectfully submitted,

                                    MEENAN & ASSOCIATES, LLC
                                    Attorneys for Plaintiff Weiss
                                    299 Broadway, Suite 1310
                                    New York, New York 100007

                                    BY: _____
                                    COLLEEN M. MEENAN
                                    cmm@meenanesqs.com

To:  Steven Gerber
     Gerber & Partners LLP
     One Penn Plaza, Suite 4701
     New York, New York 10119
     Attorneys for Defendant