UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------- X
                           :

DAVID WEISS,
                           :

                           :     **ORDER**

             Plaintiff,     :

-against-                 :     16 Civ. 7660 (AKH)

                           :

MACY'S RETAIL HOLDINGS INC., a/k/a     :
MACY'S INC.,
                           :

            Defendant.    :

-------------------------------------------------------------- X

ALVIN K. HELLERSTEIN, U.S.D.J.:

The trial previously scheduled for December 16, 2019 is hereby adjourned to

January 21, 2020 at the United States Courthouse, 500 Pearl Street, New York, New York

10007, in Courtroom 14D.

SO ORDERED.

Dated:     December 12, 2019
            New York, New York          ALVIN K. HELLERSTEIN
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/12/19