USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 12/23/19

December 17, 2019

BY ECF AND FAX (212) 805-7942

*Trial is adjourned to February 24, 2020 at 10 A.M.*

Hon. Alvin K. Hellerstein
United States District Court
Southern District of New York
500 Pearl Street, Rm. 1050
New York, New York 10007

*[signature] Alvin K. Hellerstein*
*12-23-19*

    Re:    Weiss v. Macy's Retail Holding, Inc.
           16 CV 7660 (AKH)

Dear Judge Hellerstein:

    Meenan & Associates and I represent David Weiss. We write regarding the Court's December 12, 2019 Order, which adjourned the trial scheduled to begin yesterday until January 21, 2020. For the following reasons, we write to request that the Court start trial on February 3, 2020.

    I am lead counsel in the upcoming trial. However, I will be on vacation with my family on January 21st. Thus, we would appreciate if the Court could accommodate my schedule.

    We have spoken with Macy's counsel regarding my unavailability. Messrs. Gerber and Parsons, and their witnesses, are available for trial the week of February 3rd – the Court had previously set aside three days for trial. They are not free, however, the week of January 27th, or following the week of February 3rd. Of course, if the Court is unable to accommodate my request, then Mr. Weiss and Meenan & Associates will be ready to proceed on January 21st, in my absence.

    Thank you for your attention to this request.

                                                      Respectfully submitted,

                                                      /s
                                                    Scott A. Korenbaum

SAK:sak

cc:    All Defense Counsel (by ECF only)